UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN ISAACSON,<br><br>      Plaintiff,<br><br> v.<br><br>BEN CARSON, et al.,<br><br>      Defendants. | CASE NO. 2:20-cv-00588-RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See* Plaintiff's previous three complaints challenging reverse-mortgage provisions developed by the Department of Housing and Urban Development ("HUD"), which were dismissed for lack of subject matter jurisdiction and failure to state a claim (No. 16-cv-1254-JLR (Dkt. 26); No. 17-cv-1449-RSL (Dkt. 23); No. 19-cv-2059-RSL (Dkt. 8) (dismissed as frivolous)).

  The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

  DATED this 21st day of April, 2020.

                */s/ Brian A. Tsuchida*
                BRIAN A. TSUCHIDA
                Chief United States Magistrate Judge