The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN ISAACSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEN CARSON,<br><br>　　　　　Defendant. | Civil Action No. 2:20-cv-00588-RAJ<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS FOR PURPOSES OF APPEAL** |

In response to the May 28, 2020 Referral Notice (Dkt. # 12) from the Ninth Circuit Court of Appeals in this case (Appeal Number 20-35442), this Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous. The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order

　　　DATED this 2nd day of June, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1